ACCEPTED
05-17-00675-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:38 PM
LISA MATZ
CLERK

No. 05-17-00675-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:38:04 PM
LISA MATZ
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTH JUDICIAL DISTRICT OF TEXAS
AT DALLAS

**JEFFREY A. LIPSCOMB**,
Appellant,

v.

**CITY OF DALLAS,**
Appellee.

Appeal from the County Court at Law No. 5 of Dallas County, Texas
Cause No. CC-16-04599-E

## APPELLEE'S OPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

City of Dallas, Appellee, asks the Court to extend the time to file its response to Appellant's brief.

1. The Court has the authority under Rule 38.6 to grant appellee additional time to file its reply.

2. No rule limits the time to file this motion to extend. See Tex. R. App. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

3. Appellant's brief was filed on August 28, 2017, and Appellee's response to Appellant's brief was due on September 27, 2017. *See* Tex. R. App. P. 38.6(b) (requiring the appellee's brief to be filed within 30 days after the appellant's brief is filed).

4. However, the Court instructed Appellant to file a corrected brief by September 17, 2017.

4. Appellant failed to file his corrected brief.

5. Appellee's counsel contacted the Honorable Court prior to Appellee's brief being due, and the clerk advised counsel that a new date would be issued for Appellee to file its brief once Appellant filed his corrected brief. A new date was not issued by the Court.

6. On December 20, 2017, the Court noted that the case was ready to be set.

7. On December 22, 2017, Appellant filed his corrected brief.

8. Consequently, Appellee filed its brief on December 29, 2017.

9. Appellee did not intentionally disregard the Court's filing deadlines.

10. Appellee requests that the Court grant it an additional 92 days to file its response, extending the time to have filed its response until December 29, 2017.

2

11.     No extension has been granted to extend the time to file Appellee's response to Appellant's brief.

12.     Appellee has been unable to confer with Appellant pertaining to the extension due to the Appellant not providing Appellee with accurate contact information. Therefore, Appellee presumes that this motion is opposed.

13.     For these reasons, Appellee asks the Court to grant an extension of time to file its response to Appellee's brief until December 29, 2017.

Respectfully submitted,


LARRY E. CASTO
Dallas City Attorney

*/s/ Stefani R. Williams*
Stefani R. Williams
Texas State Bar No. 24045316
stefani.williams@dallascityhall.com
Barbara E. Rosenberg
Texas Bar No. 17267700
barbara.rosenberg@dallascityhall.com
James B. Pinson
Texas Bar No. 16017700
james.pinson@dallascityhall.com

Assistant City Attorneys

City Attorney's Office
1500 Marilla Street, Room 7D North
Dallas, Texas 75201
Telephone: 214-670-3519
Telecopier: 214-670-0622

ATTORNEYS FOR APPELLEE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, a copy of the foregoing document was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure (1) through an electronic filing manager (EFM) upon each person listed below if the email address is on file with the EFM or (2) by email (if the address is available) and first-class mail upon each person below who does not have an email on file with the EFM:

*Last Known Address*
Jeffrey A. Lipscomb
3102 Maple Ave. #600
Dallas, Texas 75201
*Appellant pro se*

/s/*Stefani R. Williams*
Attorney for Appellee